MORGAN, LEWIS & BOCKIUS LLP
ANDREW J. GRAY IV, (SBN 202137)
agray@morganlewis.com
MICHAEL F. CARR, (SBN 259911)
mcarr@morganlewis.com
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel:  650.843.4000
Fax:  650.843.4001

Attorneys for Applicants
LG ELECTRONICS DEUTSCHLAND GMBH and
LG ELECTRONICS JAPAN, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of,<br><br>LG ELECTRONICS DEUTSCHLAND GMBH and LG ELECTRONICS JAPAN, INC.<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for Use in Foreign Proceedings. | Case No. **'12CV1197 JLS  MDD**<br><br>**DECLARATION OF ANDREW J. GRAY IV IN SUPPORT OF LGE'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/ 69704057.1

GRAY DECL. IN SUPPORT OF
LGE'S EX PARTE APPLICATION
PURSUANT TO 28 U.S.C. § 1782

I, Andrew J. Gray IV, an attorney admitted to practice in the State of California, declare as follows:

1. I am an attorney licensed to practice in California, Louisiana, the District of Columbia, and the U.S. Patent and Trademark Office. I am a partner in the law firm of Morgan, Lewis & Bockius LLP, and counsel for Applicants LG Electronics Deutschland GmbH and LG Electronics Japan, Inc. (collectively "LGE").

2. I have personal knowledge of the facts contained within this declaration and, if called as a witness, would and could testify competently to them.

3. I make this declaration in support of LGE's Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use In Foreign Proceedings. The application relates to foreign proceedings in Germany before the Dusseldorf Regional Court and in Japan before the Tokyo District Court.

4. LG Electronics Japan, Inc., a wholly-owned subsidiary of LG Electronics, Inc., is the defendant in Case No. 47835 of 2010 (the "Japanese Action") pending in the Tokyo District Court (Civil Department No. 29A) filed by Mitsubishi Electric Corporation ("Mitsubishi").

5. In Case No. 47835 of 2010 pending in Japan, Mitsubishi asserts LGE products infringe Japanese Patent Nos. JP 4,437,813; JP 4,331,232; and JP 4,413,177.

6. The Tokyo District Court adjudicating the action determines liability and can impose damages and an injunction upon a finding of infringement. Final briefs are due in the Japanese Action on June 18, 2012.

7. LG Electronics Deutschland GmbH, a wholly-owned subsidiary of LG Electronics, Inc., is the defendant in Case Nos. 4b O 303/10, 4b O 45/11, and 4b O 46/11 (the "German Action") pending in the Regional Court of Dusseldorf (4b Civil Division) filed by Mitsubishi.

8. In Case Nos. 4b O 303/10, 4b O 45/11, and 4b O 46/11 pending in Germany, Mitsubishi asserts that LGE products infringe European Patent Nos. EP 1 612 960; EP 1 471 657; and EP 1 708 402.

9. The Dusseldorf Regional Court adjudicating the action determines liability and can

1  impose damages and an injunction upon a finding of infringement.  Final briefs are due in the

2  German Action on June 15, 2012.

3      10. In both the German and Japanese Actions, Mitsubishi has focused its patent

4  infringement allegations on aspects of wireless telecommunications standards, including certain

5  Wideband Code Division Multiple Access (W-CDMA) wireless telecommunication standards.

6      11. Qualcomm Incorporated ("Qualcomm") has its principal place of business at 5775

7  Morehouse Drive, San Diego, California, which is located within the Southern District of

8  California.  *See* excerpt of Qualcomm 2010 10K at 1, a true and correct excerpt of which is

9  attached hereto as Exhibit 1.

10     12. Qualcomm is not a party to the German or Japanese Actions.

11     13. The LGE products accused of patent infringement in each of the German and

12 Japanese Actions contain baseband chips, some of which are sold by Qualcomm.

13     14. Attached hereto as Exhibit 2 is a true and correct copy of an October 13, 2011

14 order in *In re Apple, Inc.*, No. 11-mc-1268, slip op. (S.D. Cal.).

15     15. Attached hereto as Exhibit 3 is a true and correct copy of an April 7, 2011 order in

16 *In re Am. Petroleum Institute*, 11-80008-JF (PSG) (N.D. Cal.).

17     16. Attached hereto as Exhibit 4 is a true and correct copy of a September 19, 2008

18 order in *Mirana v. Battery Tai-Shing Corp.*, No. 08-80142 (N.D. Cal.).

19 I declare under penalty of perjury that the foregoing is true and correct to the best of my

20 knowledge.

21

22 Dated: May 16, 2012

23

24     By    s/ Andrew J. Gray IV
          ANDREW J. GRAY IV

25     MORGAN, LEWIS & BOCKIUS LLP
26     Attorneys for Applicants
    LG ELECTRONICS DEUTSCHLAND
27     GMBH and LG ELECTRONICS JAPAN, INC.

28