| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | ANDREW J. GRAY IV, (SBN 202137) |
| 2 | agray@morganlewis.com |
| | MICHAEL F. CARR, (SBN 259911) |
| 3 | mcarr@morganlewis.com |
| | 2 Palo Alto Square |
| 4 | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA 94306 |
| 5 | Tel: 650.843.4000 |
| | Fax: 650.843.4001 |
| 6 | |
| 7 | Attorneys for Applicants |
| | LG ELECTRONICS DEUTSCHLAND GMBH and |
| | LG ELECTRONICS JAPAN, INC. |
| 8 | |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| *In re Ex Parte* Application of, | | Case No.: 12CV1197-LAB (MDD) |
| LG ELECTRONICS DEUTSCHLAND GMBH and LG ELECTRONICS JAPAN, INC. | | **MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER REGARDING MATERIALS PRODUCED BY QUALCOMM INCORPORATED** |
| Applicants, | | |
| For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for Use in Foreign Proceedings. | | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/ 69959120.1

1

MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER
CASE NO. 12CV1197-LAB (MDD)

1  Applicants LG Electronics Deutschland GmbH and LG Electronics Japan, Inc.
2  (collectively "LGE") hereby move the Court to enter the proposed protective order that has been
3  concurrently submitted via e-mail to the Chambers of U.S. Magistrate Judge Mitchell D. Dembin
4  pursuant to Electronic Case Filing Administrative Policies and Procedures Section 2(h).
5  Qualcomm Incorporated has indicated that documents or information containing or reflecting
6  confidential, proprietary, trade secret, and/or commercially sensitive information are likely to be
7  disclosed or produced in response to the subpoena served by LGE in this matter.
8  LGE has conferred with counsel for Qualcomm Incorporated regarding the proposed
9  protective order and counsel for Qualcomm Incorporated stipulates to entry of the protective
10  order that has been concurrently submitted via e-mail to Judge Mitchell D. Dembin's Chambers.

Dated: May 30, 2012           MORGAN, LEWIS & BOCKIUS LLP

By  /s Andrew J. Gray IV
    ANDREW J. GRAY IV

Attorneys for Applicants
LG ELECTRONICS DEUTSCHLAND
GMBH and LG ELECTRONICS JAPAN,
INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/ 69959120.1

2

MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER
CASE NO. 12CV1197-LAB (MDD)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically. In addition, counsel indicated below was served with a true and correct copy of the foregoing by email and U.S. mail on this the 30th day of May, 2012:

John A. Scott
jascott@qualcomm.com
Vice President, Legal Counsel
Qualcomm Incorporated
5775 Morehouse Drive
San Diego, CA 92121

*Attorney for Qualcomm Incorporated*

      /s Michael F. Carr
MICHAEL F. CARR

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/ 69959120.1

3

MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER
CASE NO. 12CV1197-LAB (MDD)